**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-7943**

---

JAMES EDWARD ELLERBE,

                                        Plaintiff - Appellant,

        versus

UNITED STATES OF AMERICA; JOHN ASHCROFT,
Attorney General,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry F. Floyd, District Judge.
(CA-04-22944)

---

Submitted:  May 17, 2006              Decided:  June 16, 2006

---

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

James Edward Ellerbe, Appellant Pro Se. Raymond Emery Clark,
Assistant United States Attorney, Columbia, South Carolina, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Edward Ellerbe appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to Defendants on Ellerbe's complaint filed pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 2671 - 2680 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ellerbe v. United States, No. CA-04-22944 (D.S.C. Nov. 30, 2005). We grant the Government's motion to redact or seal. We deny Ellerbe's motions for appointment of counsel, for an injunction, for a court order, for a subpoena, and all other pending motions. We deny Ellerbe's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -